UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KLEIMAN & HOCHBERG, INC.,

                Plaintiff,

-against-                        CASE NUMBER:

NOVA INT'L OF NY, INC. d/b/a HARBOR MARKETPLACE and CENGIZ E. KAYATEKIN,

                Defendants.
_____

Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

Date: Westbury, New York
       September 4, 2007

                                      KREINCES & ROSENBERG, P.C.

                             By: _____
                                   LEONARD KREINCES (LK/6524)
                                   Attorney for Plaintiff
                                   900 Merchants Concourse
                                   Westbury, New York 11590
                                   (516) 227-6500