UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLEIMAN & HOCHBERG, INC.

           Plaintiff(s), Petitioner(s)

*against*

NOVA INT'L OF NY, INC. D/B/A HARBOR
MARKETPLACE, ET AL.

           Defendant(s), Respondent(s)

ATTORNEY: Kreinces & Rosenberg, P.C.

Index No.: 07 CIV 7935

DATE OF FILING: 9/10/2007

**AFFIDAVIT OF SERVICE**

STATE OF N.Y.: COUNTY OF NASSAU:  ss:

I, Sharon Conigliaro, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Ronkonkoma, NY.

That on **September 18, 2007 at 12:15 PM at 339 Merrick Road, Amityville, NY 11701**, deponent served the **Summons in a Civil Action & Civil Complaint** upon **Nova Int'l of NY, Inc. d/b/a Harbor Marketplace**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

By delivering to and leaving a true copy of each with **Atila Gurses** a person who is known to be the **authorized agent** of said corporation, and who is authorized by said corporation to receive said documents.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:   Sex: **Male** Skin: **White** Hair: **Black** Age(Approx): **40** Height(Approx): **5' 10"** Weight(Approx): **190-200 lbs** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                          Sharon Conigliaro,

Sworn to before me on September 19, 2007

Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE6029931
Qualified in Nassau County
Commission Expires August 30, 2009

                                          **Ultimate Process Service (516) 333-3447**
                                                   **Case No.: 83359**