# United States District Court

Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLIEMAN & HOCKBERG, INC.

       Plaintiff,

-against-

NOVA INT'L OF NEW YORK, INC. d/b/a HARBOR MARKETPLACE and CENGIZ E. KAYATEKIN,

       Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and Address of Defendant)

NOVA INT'L OF NY, INC. d/b/a HARBOR MARKETPLACE
339 Merrick Road
Amityville, New York 11701

CENGIZ E. KAYATEKIN
c/o NOVA INT'L OF NY, INC. d/b/a HARBOR MARKETPLACE
339 Merrick Road
Amityville, New York 11701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFFS' ATTORNEYS: (name and address)
**KREINCES & ROSENBERG, P.C.**
900 Merchants Concourse
Westbury, New York 11590
(516) 227-6500

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

CLERK _[signature]_

BY DEPUTY CLERK

DATE  SEP 10 2007

RETURN OF SERVICE

and Complaint was made by me¹     Date: _____

Title: _____

indicate appropriate method of service

sonally upon the defendant. Place where served: _____

s thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion

ling therein.

person with whom the summons and complaint were left: _____

d unexecuted: _____

(specify): _____

STATEMENT OF SERVICE FEES

SERVICES:                                    TOTAL:

DECLARATION OF SERVER

declare under penalty of perjury under the laws of the United States of America that the fore
ion contained in the Return of Service and Statement of Service Fees is true and correct.

ed on _____             _____
       Date                       Signature of Server

                                  _____
                                  Address of Server