UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KLEIMAN & HOCHBERG, INC.

                                Plaintiff(s), Petitioner(s)

*against*

NOVA INT'L OF NY, INC. D/B/A HARBOR
MARKETPLACE, ET AL.

                               Defendant(s), Respondent(s)

ATTORNEY: Kreinces & Rosenberg, P.C.

Index No.: 07 CIV 7935

DATE OF FILING: 9/10/2007

## AFFIDAVIT OF SERVICE

---

STATE OF N.Y.: COUNTY OF NASSAU:  ss:

I, Sharon Conigliaro, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Ronkonkoma, NY.

That on **September 18, 2007 at 12:15 PM at 339 Merrick Road, Amityville, NY 11701**, deponent served the **Summons in a Civil Action & Civil Complaint** upon **Cengiz E. Kayatekin c/o Nova Int'l of NY, Inc. d/b/a Harbor Marketplace**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **Atila Gurses**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the Recipient's place of business and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:   Sex: **Male** Skin: **White** Hair: **Black** Age(Approx): **40** Height(Approx): **5' 10"** Weight(Approx): **190-200 lbs** Other:

On **September 19, 2007**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the Recipient at Recipient's place of businessin an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Recipient.

I asked the person spoken to if the Recipient was in active military service of the United States or the State of New York in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Recipient is not in the military service of New York State or the United States as that term is defined in the statues of New York State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                 Sharon Conigliaro,

Sworn to before me on September 19, 2007

Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE6029931
Qualified in Nassau County
Commission Expires August 30, 2009

                                                                                                  Ultimate Process Service (516) 333-3447
                                                                                                                                 Case No.: 83360