UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLEIMAN & HOCHBERG, INC.,

                    Plaintiff,

-against-

NOVA INT'L OF NY, INC. d/b/a HARBOR MARKETPLACE and CENGIZ E. KAYATEKIN,

                    Defendants.

Case No.: 07 CIV 17935 (DAB)

**AFFIDAVIT OF SERVICE**
STATE OF NEW YORK   )
COUNTY OF NASSAU   ) ss:

      DONNA MURPHY, being duly sworn, deposes and says:

      I am over 18 years of age, not a party to the within action, and reside in Island Tress, New York.

      On November 1, 2007, I served the annexed **NOTICE OF MOTION FOR DEFAULT JUDGMENT** upon the parties designated below:

| NOVA INT'L OF NY, INC. | CENGIZ E. KAYATEKIN |
|---|---|
| d/b/a HARBOR MARKETPLACE | c/o NOVA INT'L OF NY, INC. |
| 339 Merrick Road | 339 Merrick Road |
| Amityville, New York 11701 | Amityville, New York 11701 |

by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as set forth herein.

                                                      _____
                                                      DONNA MURPHY

Sworn to before me this
1st day of November, 2007.
_____
Notary Public