```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLEIMAN & HOCHBERG, INC.,

          Plaintiff,

-against-

NOVA INT'L OF NY, INC. d/b/a HARBOR MARKETPLACE and CENGIZ E. KAYATEKIN,

          Defendants.

Case No.: 07 CIV 7935 (DAB)

**DEFAULT JUDGMENT**

This action having been commenced on September 10, 2007, by the filing of the Summons and Complaint, and thereafter, a copy of the Summons and Complaint was served on the defendants, NOVA INT'L OF NY, INC. d/b/a HARBOR MARKETPLACE and CENGIZ E. KAYATEKIN, and proof of such service having been filed with the Court, and time for the defendants, NOVA INT'L OF NY, INC. d/b/a HARBOR MARKETPLACE and CENGIZ E. KAYATEKIN, to answer the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendants, NOVA INT'L OF NY, INC. d/b/a HARBOR MARKETPLACE and CENGIZ E. KAYATEKIN, in the liquidated amount of NINETEEN THOUSAND EIGHT HUNDRED TWENTY-THREE and 00/100 ($19,823.00) DOLLARS, with interest at nine percent (9%) from July 1, 2006, plus costs and disbursements of this action in the amount of ONE HUNDRED NINETY AND NO/100 ($190.00) DOLLARS amounting in all to TWENTY TWO THOUSAND SIX HUNDRED THIRTY NINE and 50/100 ($22,639.50) DOLLARS.

Dated: New York, New York
       December 20, 2007

*Deborah A. Batts*
U.S.D.J.

This document was entered on the docket on _____.